GO11-17(a)/ BS    /59A

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISON

IN RE:  Chintan Patel                                                          CASE NO:    3:24-bk-10353 J
                                                                                                       Chapter 13

CHAPTER 13 ORDER TO MODIFY PLAN
AND TO PROVIDE DOCUMENTATION

Before the court is the Objection to Confirmation of Plan, Docket Entry [31], filed on 04/30/2024 by the Trustee.  The Objection was set for hearing on 08/14/2024.  Prior to the hearing, the objection was settled, and a hearing was not necessary.

For cause shown, the court finds that the Objection to Confirmation is sustained. The Debtor is hereby granted 21 days from the date of this Order to file a modification to the plan and to provide documentation, amended Schedule J, and expense verification for the non-filing spouse, regarding the plan. Failure to file the modification and submit the documentation within the time described in this Order may result in dismissal of the case without further notice or hearing upon the submission of an order by the Trustee.

IT IS SO ORDERED.

/s/  Phyllis M. Jones
Phyllis M. Jones
U.S. Bankruptcy Judge

Date:    August 15, 2024

cc:   Mark T. McCarty, Trustee

   Marc Honey     (Noticed by ECF)
   P O Box 1254
   Hot Springs, AR  71902

   Chintan Patel
   773 Batesville Blvd
   Batesville, AR  72501