BS    / 192

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISON

RE:  Chintan Patel                                           CASE NO:  3:24-bk-10353 J
                                                                               Chapter 13

## MOTION TO DISMISS FOR FAILURE TO SUBMIT DOCUMENTATION

COMES now Mark T. McCarty, Standing Trustee for Chapter 13 cases and for his Motion to Dismiss states:

1. That an order was entered on 08/15/2024 requiring the debtor to file expense verification within 21 days.

2. That the Trustee has not been served with the documentation nor has the debtor requested an extension of time within which to make such documentation.

WHEREFORE, your petitioner prays for an order dismissing this case and for all other just and proper relief.

Date:  09/16/2024

                                                    /s/  Mark T. McCarty
                                                 Mark T. McCarty,
                                                 Chapter 13 Standing Trustee

cc:  Chintan Patel
     773 Batesville Blvd
     Batesville, AR  72501

     Marc Honey     (Noticed by ECF)
     P O Box 1254
     Hot Springs, AR  71902